JAMES DUNBAR v. DAVID B. KELLY, SUPERINTENDENT,
*ETC.*

December 9, 1971. Petition for certification denied. (See
114 *N. J. Super.* 450)

STATE OF NEW JERSEY v. PETER BOTTONE.

December 9, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. CLYDE W. BALDWIN.

December 9, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS DE MARY.

December 9, 1971. Petition for certification denied.

JOSEPH A. RAFFERTY, *ET AL.* v.
CIVIL SERVICE DEPT., *ET AL.*

December 9, 1971. Petition for certification denied.

IN THE MATTER OF THE ADOPTION OF A CHILD BY F. M.

December 9, 1971. Petition for certification denied.